UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEROMY OELKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IDAHO STATE BAR, DIRECTOR DIANE MINNICH, THOMAS CLARK,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01699-JAD-EJY<br><br>**ORDER** |

　　　　On October 1, 2024, the Court entered an Order dismissing Plaintiff's Complaint without prejudice. ECF No. 3. The Order gave Plaintiff until October 31, 2024 to file an amended complaint. On that date Plaintiff filed a Motion for Injunction. ECF No. 6. Plaintiff has not filed an amended complaint. Presently, there is no operative complaint on which this case can proceed. However, because Plaintiff may not understand his Motion cannot substitute for an operative complaint,

　　　　IT IS HEREBY ORDERED that the Court, *sua sponte*, gives Plaintiff through and including **December 2, 2024** to file an amended complaint. Failure to timely comply with this Order will result in a recommendation to dismiss this case in its entirety.

　　　　Dated this 20th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE